PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: David Hassan Brown  Cr.: 00-00606-001
PACTS #: 27746

Name of Sentencing Judicial Official:   THE HONORABLE JOHN W. BISSELL
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/23/2001

Original Offense: Possession of a Weapon by a Convicted Felon, 18 U.S.C., Section 922(g)(1)

Original Sentence: 80 months imprisonment, 3 years supervised release, $100 special assessment

Special Conditions: Drug Testing and/or Treatment

Type of Supervision: Supervised Release   Date Supervision Commenced: N/A

## PETITIONING THE COURT

☑ To modify the conditions of supervision as follows:

Upon release from the Bureau of Prisons, you must reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You will be eligible for weekend privileges. The Court will waive the subsistence requirement.

## CAUSE

Brown is currently incarcerated at the Bureau of Prisons (FCI Beckley) and is expected to be released on November 20, 2021. Brown is unable to provide a viable release plan and will be homeless upon his release. The halfway house placement will assist with his housing and reentry needs.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Anthony J. Nisi*

By: ANTHONY J. NISI
U.S. Probation Officer

/ lrg

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.05.04 14:50:40 -04'00'

LUIS R. GONZALEZ        Date
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

5/5/2021
Date