PROB 12B
(4/19)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: David Hassan Brown　　　　　　　　　　　　　　　　　Cr.: 00-00606-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 27746

Name of Sentencing Judicial Officer:　　THE HONORABLE KEVIN MCNULTY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/23/2001

Original Offense:　Unlawful Transport Of Firearms - Etc., 18 U.S.C., 922(g)(1)

Original Sentence: 80 months imprisonment, 36 months supervised release

Special Conditions: Substance abuse testing and treatment, 3 months halfway house

Type of Supervision: Supervised Release　　　　　　　　Date Supervision Commenced: 11/19/2021

## PETITIONING THE COURT

☐　To extend the term of supervision for _____ years, for a total term of _____ years.

☑　To modify the conditions of supervision as follows: Remove the condition that he must reside at a community corrections center (CCC) for a period of three months.

## CAUSE

While still incarcerated, Mr. Brown requested to stay at the CCC for a period of three months after his release from custody due to not having a viable release plan. On May 5, 2021, Your Honor agreed to modify the client's conditions of supervised release to include three months at the CCC.

Prob 12B – page 2<br>David Hassan Brown

Brown was released to the CCC on November 19, 2021, but would now like to reside with his girlfriend, Sharon Taylor at her residence in Newark, New Jersey. The probation office has investigated this address and it appears to be suitable residence for Mr. Brown.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   KEVIN P. EGLI
Sr. U.S. Probation Officer

/ kpe

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.12.15 14:04:00 -05'00'

LUIS R. GONZALEZ                    Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

12/15/2021
Date