PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: David Hassan Brown      Cr.: 00-00606-001
    PACTS #: 27746

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/23/2001

Original Offense:    Count One: Unlawful Transport Of Firearms - Etc., 18:922G.F

Original Sentence: 80 months imprisonment, 36 months supervised release

Special Conditions: Drug Treatment, Special Assessment

Type of Supervision: Supervised Release      Date Supervision Commenced: 11/19/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On March 29, 2023, Mr. Brown reported to our office and submitted to a urinalysis, which yielded positive for marijuana. Mr. Brown subsequently admitted to smoking marijuana on March 25, 2023. |

U.S. Probation Officer Action:

Mr. Brown was verbally reprimanded for testing positive for marijuana. Our office will increase the amount of random urine samples collected to ensure discontinued use of any illicit substances.

The. U.S. Probation Office is respectfully requesting no Court action be taken at this time. We will continue to closely monitor this matter and notify Your Honor of any additional noncompliance

Prob 12A – page 2
David Hassan Brown

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   KIMBERLY MARIN
U.S. Probation Officer

/ km

APPROVED:

_____   04/12/2023
KEVIN M. VILLA                  Date
Supervising U.S. Probation Officer

Please check a box below to indicate the Court's direction regarding action to be taken in this case:

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
_____
Signature of Judicial Officer

4/13/2023
_____
Date